AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Peddie Jenkins <br><br> *Plaintiff* <br><br> v. <br><br> The County of Washington et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:14-CV-0064 (GTS/RFT) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Washington County Sheriff's Department
399 Broadway
Fort Edward, New York 12828

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Montgomery, III
130 Maple Street, P.O. Box
Glens Falls, New York 12801
Telephone: (518) 798-6885
Fax: (518) 798-5974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: __1/22/2014__

__s/Susan Evans__
*Signature of Clerk or Deputy Clerk*