AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| Peddie Jenkins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  14-cv-0064 (GTS)(RFT) |
| The County of Washington, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Peddie Jenkins   .

Date:   10/08/2015

/s/Myron Beldock
*Attorney's signature*

Myron Beldock, Bar Roll # 516876
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 2600
New York, NY 10016
*Address*

mbeldock@blhny.com
*E-mail address*

(212) 490-0400
*Telephone number*

(212) 557-1561
*FAX number*